UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:98-CR-121 |
| V. | ) | JARVIS/SHIRLEY |
| | ) | |
| | ) | |
| MYRON M. ROBERTS | ) | |

O R D E R

This matter came before the undersigned for a preliminary hearing pursuant to Fed. R. Cr. P. 5.1 on December 19, 2006. Steven H. Cook was present representing the government and Elizabeth Ford was present representing the defendant. At the hearing, however, counsel for the Defendant stated to the Court that the Defendant wished to waive his right to a preliminary hearing pursuant to Fed. R. Cr. P. 5.1(a)(1). The defendant acknowledged he understood and agreed to the waiver.

Accordingly, the Defendant waived his right to a preliminary hearing.

Accordingly, it is **ORDERED** that the Defendant is therefore held to answer in the District Court and to appear as required for further procedures..

**ENTER:**

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge